IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., a Delaware corporation, PFIZER IRELAND PHARMACEUTICALS, an Irish partnership, and WARNER-LAMBERT COMPANY, LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>v.<br><br>BRIJYOT SINGH, an individual, and B.M. INTERNATIONAL, a company, d/b/a B-M-INTERNATIONAL.COM,<br><br>        Defendants. | C.A. No. 04-283 (JJF) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff instituted this action to, *inter alia*, halt the unauthorized sale of "Generic LIPITOR" into the United States via the internet (DI 1). Plaintiff diligently attempted to effect international service but its efforts were unsuccessful. The accused domain site, www.b-m-international.com has ceased selling pharmaceutical products. Consequently, Plaintiff Pfizer Inc, by its undersigned counsel, hereby dismisses the above-referenced action against Defendants, without prejudice, pursuant to Fed.R. Civ. P. 41(a)(1).

                                                **Connolly Bove Lodge & Hutz LLP**

                                                */s/ James D. Heisman*
                                                Rudolf E. Hutz (#484)
                                                Jeffrey B. Bove (#998)
                                                James D. Heisman (# 2746)
                                                1007 N. Orange Street
                                                P. O. Box 2207
                                                Wilmington, DE 19899
                                                *Attorneys for Plaintiffs*

Dated: Feb. 8, 2006


          **IT IS SO ORDERED this _____ day of February, 2006.**


_____
U.S. District Court Judge